# IN THE

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>JEFFREY OLSEN,<br><br>Defendant-Appellee. | C.A. No. 20-50329<br>D.C. No. CR 17-76-CJC<br>(Central Dist. Cal.)<br><br>**GOVERNMENT'S UNOPPOSED MOTION FOR EXPEDITED BRIEFING SCHEDULE; DECLARATION OF CHARLES E. FOWLER, JR.** |

Plaintiff-Appellant United States of America hereby moves for an expedited briefing schedule in the above-captioned matter—a case the district judge dismissed with prejudice for failure to hold a jury trial during the COVID-19 pandemic, when the Central District of California has suspended jury trials to protect public health and is not summoning jurors. The district judge has denied continuances and threatened dismissals in multiple other pending prosecutions. Expedited review is therefore necessary.

The government's opening brief is currently due on February 12, 2021; defendant's answering brief is currently due on March 15, 2021;

and the government's optional reply brief is currently due 21 days after service of the answering brief.

The government requests an expedited briefing schedule as follows:

- Government's opening brief due: December 30, 2020
- Defendant's answering brief due: January 29, 2021
- Government's optional reply brief due: February 19, 2021

The government further requests that the Court set oral argument for the earliest possible date after briefing is completed.

Defendant does not oppose this motion.

This motion is made for good cause, pursuant to Federal Rule of Appellate Procedure 27 and Ninth Circuit Rule 27-12, and is based on the files and records in this case and the attached declaration of Charles E. Fowler, Jr.

Defendant was previously released on bond pending trial. On October 28, 2020, the district court dismissed the indictment and exonerated the bond; accordingly, defendant remains out of custody.

Transcripts of all pertinent hearings have been prepared and are on file with the district court, and the government intends to order no

further transcripts. No court reporter is in default with regard to any designated transcript.

DATED: December 10, 2020         Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BRAM ALDEN
Assistant United States Attorney
Acting Chief, Criminal Appeals Section

/s/ *Charles E. Fowler, Jr.*

CHARLES E. FOWLER, JR.
Assistant United States Attorney
Criminal Appeals Section

Attorneys for Plaintiff-Appellant
UNITED STATES OF AMERICA

## DECLARATION OF CHARLES E. FOWLER, JR.

I, Charles E. Fowler, Jr., hereby declare and state as follows:

1. I am an Assistant United States Attorney in the Central District of California and a member of my office's Criminal Appeals Section. I am one of the AUSAs representing the government in *United States v. Olsen*, C.A. No. 20-50329.

2. Defendant Jeffrey Olsen is a doctor who was charged in July 2017 with 34 counts of illegally distributing oxycodone and other controlled substances, in violation of 21 U.S.C. § 841(a)(1); and one count of making a false statement in a DEA registration application, in violation of 21 U.S.C. § 843(a)(4)(A). (Docket No. 1, *United States v. Olsen*, D.C. No. CR 17-76-CJC (hereinafter referenced by docket number).)

3. Defendant has never been incarcerated in relation to this case. Following his indictment, he was granted pretrial bond. (Docket No. 14.) He subsequently sought and obtained eight continuances of his trial date, including one over the government's objection, for a total delay exceeding three years. (Docket Nos. 18, 19, 20, 21, 22, 23, 25, 26, 34, 35, 36, 42, 43, 44, 45, 46.)

4. In September 2020, however, when the district judge (the Hon. Cormac J. Carney) disagreed with his colleagues regarding the continued suspension of jury trials as a result of the COVID-19 pandemic, he denied the government's request for another continuance (Docket No. 92), and, on October 14, 2020, granted defendant's motion to dismiss his indictment with prejudice for violation of the Speedy Trial Act (Docket No. 98). On October 28, 2020, the district judge entered another order of dismissal and exonerated bond. (Docket No. 105.) The government filed a timely notice of appeal on November 13, 2020. (Docket No. 110.)

5. The government's opening brief is currently due on February 12, 2021; defendant's answering brief is currently due on March 15, 2021; and the government's optional reply brief is currently due 21 days after service of the answering brief.

6. Good cause exists for the expedited briefing schedule requested by this motion:

    a. This appeal results from the COVID-19 pandemic that has plagued the nation since early 2020 and continues to do so. On March 13, 2020, after the President declared a national emergency in

response to COVID-19, the district court entered a General Order suspending jury trials. *See* C.D. Cal. General Order No. 20-02, *In Re: Coronavirus Public Emergency, Order Concerning Jury Trials and Other Proceedings* (Mar. 13, 2020). The district court has continued that suspension of jury trials through a series of subsequent orders, including, most recently, Order of the Chief Judge No. 10-179, *In Re: Coronavirus Public Emergency, Activation of Continuity of Operations Plan* (Dec. 7, 2020), which reactivated the court's Continuity of Operations Plan following a surge of COVID-19 cases that has resulted in dangerously low ICU bed availability in the region.

  b. In the orders from which this appeal is taken, the district court (i) ruled that the court's suspension of jury trials in response to the COVID-19 pandemic does not warrant findings of excludable time under the Speedy Trial Act, *see* 18 U.S.C. § 3161; (ii) found that the Speedy Trial Act had been violated; and (iii) dismissed the indictment with prejudice.

  c. This appeal will affect multiple pending cases. The same district judge has now denied continuances in other pending prosecutions and has indicated that he intends to dismiss additional

3

indictments. *See, e.g.*, Order (1) Denying Government's *Ex Parte* Application to Continue Trial and (2) Requesting the Chief Judge to Direct the Jury Department to Issue Jury Summons (ECF No. 32), *United States v. Ware*, No. CR 20-110-CJC (C.D. Cal. Nov. 20, 2020); Order Requesting the Chief Judge to Direct the Jury Department to Issue Jury Summons (ECF No. 1,650), *United States v. Henning*, No. CR 16-29-CJC (C.D. Cal. Nov. 17, 2020); Order (1) Denying Government's *Ex Parte* Application to Continue Trial and (2) Requesting the Chief Judge to Direct the Jury Department to Issue Jury Summons (ECF No. 155), *United States v. Nicholson*, No. CR 17-470-CJC (C.D. Cal. Nov. 13, 2020).

      d.    Meanwhile, jury trials remain suspended in response to the pandemic, and the Chief Judge has rejected requests to summon jurors.  (*See, e.g.*, Docket No. 68.)  The government cannot conduct jury trials without juries.  This Court's intervention is urgently needed to prevent the dismissal of criminal cases based on circumstances the government cannot control.  Moreover, dismissal orders in other cases could result in the release of dangerous defendants.  Irreparable harm

would result if any such defendant were to commit new crimes or flee to evade prosecution in the event the government prevails in this appeal.

      e.     Even the district judge in this case urged the government to pursue an expedited appeal from his orders. (*See, e.g.*, CR 108 at 4:11-15 ("I would like the U.S. Attorney's Office . . . to seriously consider appealing my order. And I would also request that you appeal it on an expedited basis.").)

      7.     On December 10, 2020, my office conferred with counsel for defendant, Deputy Federal Public Defender James Locklin, regarding this requested motion to expedite. Counsel does not oppose this motion.

      8.     Defendant is not in custody. Transcripts of all pertinent hearings have been prepared and are on file with the district court, and the government intends to order no further transcripts. No court reporter is in default with regard to any designated transcript.

I declare under penalty of perjury that the foregoing is true and correct. EXECUTED this 10th day of December 2020, in Los Angeles, California.

                                           /s/ *Charles E. Fowler, Jr.*

                                           CHARLES E. FOWLER, JR.
                                           Assistant United States Attorney